PUBLISHED

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

ASHLEY RIVER INDUSTRIES,
INCORPORATED; COASTAL MARINE
ENTERPRISES, INCORPORATED, d/b/a
Dolphin Cove Marina,
            *Plaintiffs-Appellants,*

            v.                                      No. 00-2211

MOBIL OIL CORPORATION; MOBIL
CHEMICAL COMPANY, INCORPORATED;
MOBIL CORPORATION,
            *Defendants-Appellees.*

Appeal from the United States District Court
for the District of South Carolina, at Charleston.
C. Weston Houck, District Judge.
(CA-98-2964-2-12)

Argued: March 1, 2001

Decided: April 17, 2001

Before WIDENER and MICHAEL, Circuit Judges, and
Cynthia Holcomb HALL, Senior Circuit Judge of the
United States Court of Appeals for the Ninth Circuit,
sitting by designation.

Affirmed by published per curiam opinion.

## COUNSEL

**ARGUED:** Lemuel Gray Geddie, Jr., OGLETREE, DEAKINS,
NASH, SMOAK & STEWART, P.C., Greenville, South Carolina, for

Appellants. Lori Elliott Guzman, HUNTON & WILLIAMS, Richmond, Virginia, for Appellees. **ON BRIEF:** Nancy W. Monts, E. Grantland Burns, OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., Greenville, South Carolina, for Appellants. David Craig Landin, Turner A. Broughton, HUNTON & WILLIAMS, Richmond, Virginia; Jane Thompson Davis, NELSON, MULLINS, RILEY & SCARBOROUGH, L.L.P., Charleston, South Carolina, for Appellees.

---

## OPINION

PER CURIAM:

Having considered the briefs and the record and after oral argument, we are of opinion that the thorough opinion of the district court is free from error. The judgment of the district court is accordingly affirmed on its opinion, which we adopt as our own. *Ashley River Industries, Inc.; and Coastal Marine Enterprises, Inc. d/b/a Dolphin Cove Marina v. Mobil Oil Corporation; Mobil Chemical Company; and Mobil Corporation*, No. CIV. A. 2:98-2964-12, ___ F.Supp.2d ___ (D.S.C. 2000).

*AFFIRMED*